# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————————

No. 1D18-2342

————————————————————

LARRY SHANE MAYO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————————

On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

March 27, 2019

PER CURIAM.

AFFIRMED.

WOLF, BILBREY, and WINSOR, JJ., concur.

————————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————————

Andy Thomas, Public Defender, and Steven Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.